## STATEMENT OF FACTS

On Sunday, June 19, 2005, at about 4:50 p.m., sworn officers of the United States Capitol Police conducted a traffic stop in the 900 block of South Capitol Street, S.W., Washington, D.C. During the stop, the defendant, Robert Muschette, Jr., did not have a driver's license. A check revealed that the defendant did not have a valid driver's permit. Officers placed the defendant under arrest. A search of the defendant revealed a holster in his waistband area. A search of the car revealed a loaded .38 caliber revolver wrapped in a towel on the rear floorboard of the car, and a box of .38 caliber bullets next to the handgun. To the best of the undersigned officer's knowledge, defendant Robert Muschette, Jr. has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case No. F2664-88. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officers' knowledge, there are no .38 caliber revolvers nor ammunition manufactured in the District of Columbia.

_____
OFFICER CHAD BECKETT
U.S. CAPITOL POLICE


SWORN AND SUBSCRIBED BEFORE ME ON
THIS ___ DAY OF JUNE, 2005.


_____
U.S. MAGISTRATE JUDGE